UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBBIE OWEN, on behalf of other similarly situated,<br><br>Plaintiff-appellant,<br><br>PATRICIA R. HUNTLEY, individually, on behalf of those persons similarly situated and as a member of the general public,<br><br>Plaintiff-appellant,<br><br>v.<br><br>LABOR READY, INC., a Washington corporation,<br><br>Defendant. | Case No. C03-5566FDB<br><br>ORDER RE HUNTLEY COUNSEL'S MOTION TO WITHDRAW |

Counsel for Plaintiff-appellant Huntley, Gregory J. Murphy, moves to withdraw as attorney of record, having notified all counsel of record of his motion, advising the Court that Patricia Huntley has recently died. Huntley has been and continues to be represented by California counsel, Morris Polich & Purdy LLP and Pierry Moorhead McAdams & Shenoi LLP. Gregory J. Murphy had no role in the appeal an has acted only as local counsel, and the California law firms are represented to be seeking substitute local counsel, whom they anticipate making an appearance in

ORDER - 1

approximately ten days.  The appeal is from this Court's order consolidating and staying this cause of action pending resolution of another national class action pending in California, which seeks unpaid wages under the same FLSA standards asserted here against Labor Ready.  No opposition to Murphy's withdrawal has been filed.  Nevertheless, local counsel is required where Plaintiff Huntley is represented by out-of-state counsel.

ACCORDINGLY, IT IS ORDERED: Motion of Gregory J. Murphy and The Law Offices of Gregory J. Murphy, P.S. for Leave To Withdraw [Dkt. # 39] will be granted upon filing a Notice of Substitution of local counsel for Gregory J. Murphy.

DATED this 16th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2