THE HONORABLE FRANKLIN D. BURGESS

Gregory J. Murphy (Washington State Bar # 16184)
LAW OFFICES OF GREGORY J. MURPHY, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519
Phone: (253) 572-3688 / Fax: (253) 572-9588

Gary L. Jacobson (Washington State Bar #14985)
David J. Vendler, Esq. (SBN 146528) (*Admitted Pro Hac Vice*)
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Phone:  (213) 891-9100 / Fax: (213) 488-1178

Allan A. Shenoi, Esq. (SBN 122566) (*Admitted Pro Hac Vice*)
Linda T. Pierce, Esq. (SBN 158762) (*Admitted Pro Hac Vice*)
PIERRY SHENOI LLP
175 South Lake Avenue, Suite 202
Pasadena, California 91101
Phone:  (626) 792-2300 / Fax: (626) 792-2311

Attorneys for Plaintiffs PATRICIA HUNTLEY, et al.

_____

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| DEBBIE OWEN on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LABOR READY, INC., a Washington Corporation.<br><br>Defendant. | Case No.: CV 03-5566 FDB<br>(Consolidating C03-5720 (RBL)FDB)<br><br>**STIPULATION WITHDRAWING PATRICIA HUNTLEY AS CLASS REPRESENTATIVE (BY AND THROUGH HER SOLE HEIR) AND FOR WITHDRAWAL OF PIERRY SHENOI LLP, MORRIS POLICH & PURDY LLP, AND THE LAW OFFICES OF GREGORY J.** |

i

**STIPULATION**
**CASE NO. CV 03-5566**

Gregory J. Murphy
Law Offices of Gregory J. Murphy, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519

| | |
|---|---|
| PATRICIA R. HUNTLEY, individually, on behalf of those persons similarly situated and as a member of the general public,<br><br>    Plaintiff<br><br>vs.<br><br>LABOR READY, INC., a Washington corporation and DOES 1 through 100, inclusive,<br><br>    Defendants. | **MURPHY, P.S. AS CLASS COUNSEL AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the undersigned as follows:

WHEREAS,

1) Named class representative Patricia Huntley died while this case was stayed pending appeal of the Court's stay and consolidated order;

2) The class claims asserted by Patricia Huntley pertained to the 49 states other than California, and are coterminous with the class claims asserted by Debbie Owen in her earlier filed complaint which the Court consolidated for all purposes under the Owen action in February 2004;

3) The Ninth Circuit Court of Appeal let stand this Court's order consolidating the claims being made in the Huntley and Owen complaints;

4) Douglas Huntley is the sole heir to Patricia Huntley's claim and therefore has the right to act on her individual behalf;

5) Substitution of parties after the death of a party in federal court is effectuated pursuant to Federal Rules of Civil Procedure Section 25(a)(1) which

ii

**STIPULATION**
**CASE NO. CV 03-5566**

Gregory J. Murphy
Law Offices of Gregory J. Murphy, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519

provides that "If a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties."

6) Douglas Huntley is willing to, and does hereby stipulate to withdrawing from acting in the capacity of a named class representative in order for Debbie Owen to proceed as the named class representative through her counsel, namely, Westrup Klick, LLP; Magana Cathcart & McCarthy; Morton & McGoldrick; and Allan A. Sigel Law Offices and does hereby stipulate to withdraw as class representative;

7) Pierry Shenoi LLP, Morris Polich & Purdy LLP and the Law Offices of Gregory J. Murphy, P.S. are agreeable to withdrawing as counsel of record in this matter;

NOW, THEREFORE, IT IS AGREED THAT

Henceforth,

1) The class, i.e. pertaining to the 49 states other than California as alleged in the Owen and Huntley consolidated complaints shall be exclusively represented by Westrup Klick, LLP; Magana Cathcart & McCarthy; Morton & McGoldrick; and Allan A. Sigel Law Offices with Debbie Owen as the named class representative;

2) The law firms of Pierry Shenoi LLP, Morris Polich & Purdy LLP and the Law Offices of Gregory J. Murphy, P.S. which had been representing Ms. Huntley and the proposed class shall no longer be counsel of record in this case.

STIPULATION
CASE NO. CV 03-5566

Gregory J. Murphy
Law Offices of Gregory J. Murphy, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519

3) Douglas Huntley, as Patricia Huntley's sole heir, shall and does hereby withdraw as a proposed class representative plaintiff, preserving her individual claims as a putative class member.

Dated: October ___, 2005          LAW OFFICES OF GREGORY J. MURPHY, P.S.


By: _____
    Gregory J. Murphy
Attorneys for Plaintiffs
PATRICIA HUNTLEY, et al.

Dated: October ___, 2005          MORRIS POLICH & PURDY LLP


By: _____
    David J. Vendler
Attorneys for Plaintiffs
PATRICIA HUNTLEY, et al.

Dated: October ___, 2005          PIERRY SHENOI LLP


By: _____
    Allan A. Shenoi
Attorneys for Plaintiffs
PATRICIA HUNTLEY, et al.

Dated: October ___, 2005          DOUGLAS HUNTLEY


By:
Douglas Huntley

Dated: October ___, 2005          ALLAN A. SIGEL LAW OFFICES


By: _____
    Allan A. Sigel
Attorneys for Plaintiff DEBBIE OWEN

iv

STIPULATION
CASE NO. CV 03-5566

Gregory J. Murphy
Law Offices of Gregory J. Murphy, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519

Dated: October ___, 2005          MORTON & MCGOLDRICK


                                  By:
                                  Attorneys for Plaintiff DEBBIE OWEN


Dated: October ___, 2005          WESTRUP KLICK, LLP


                                  By:_____
                                       R. Duane Westrup
                                       Lawrence R. Cagney
                                  Attorneys for Plaintiff DEBBIE OWEN


Dated: October ___, 2005          MAGANA CATHCART & MCCARTHY


                                  By:_____
                                       Peter T. Cathcart
                                       Richard L. Bisetti
                                  Attorneys for Plaintiff DEBBIE OWEN


## ORDER

Good cause appearing therefore in the form of the death of Patricia Huntley, the Court accepts the parties' stipulation and orders that:

1) Pursuant to Federal Rule of Civil Procedure Section 25(a)(1), Douglas Huntley is hereby substituted as party plaintiff for Patricia Huntley who is deceased.

2) Douglas Huntley is further allowed to withdraw as a named class representative in the action. Patricia Huntley's individual claims remain as a putative class member.

3) The Court consents to the withdrawal of Pierry Shenoi LLP and Morris

v

STIPULATION
CASE NO. CV 03-5566

Gregory J. Murphy
Law Offices of Gregory J. Murphy, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519

Polich & Purdy LLP as counsel of record in the within cases and consents to Westrup Klick, LLP; Magana Cathcart & McCarthy; Morton & McGoldrick; and Allan A. Sigel Law Offices shall continue to solely represent the putative classes alleged in the complaints and the named representative.

4) Based on the foregoing, Gregory J. Murphy and the Law Offices of Gregory J. Murphy, P.S.'s motion to withdraw as local counsel is hereby GRANTED.

Dated: October 28, 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

vi

STIPULATION
CASE NO. CV 03-5566

Gregory J. Murphy
Law Offices of Gregory J. Murphy, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519