UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBBIE OWEN on behalf of others similarly situated,

    Plaintiff,

    v.

LABOR READY, INC., *et al.*,

    Defendants.

Case No. C03-5566FDB

ORDER DIRECTING RESPONSE FROM DEFENDANTS RE REQUEST FOR CLARIFICATION

Plaintiff has moved for clarification of the Court's order of December 1, 2006 denying modification of the scheduling order and precluding Plaintiff from moving for class certification. Plaintiff specifically inquires whether the order precludes Plaintiff moving for both (1) class certification under Fed. R. Civ. P. 23 and (2) for certification of a collective action under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b). The Court requests that Defendants respond to the request for clarification [Dkt. # 66] no later than December 20, 2006. SO ORDERED.

DATED this 8th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1