THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBBIE OWEN, on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABOR READY, INC., LABOR READY NORTHWEST, INC., LABOR READY SOUTHWEST, INC., LABOR READY CENTRAL, INC., LABOR READY NORTHEAST, INC., LABOR READY SOUTHEAST, INC., LABOR READY MIDWEST, INC., LABOR READY MID-ATLANTIC, INC., LABOR READY SOUTHEAST III, L.P., and LABOR READY CENTRAL III, L.P.,<br><br>Defendants. | NO. **CV03-5566 FDB**<br><br>**Consolidated with**<br>**NO. C 03-5720 (RBL) (FDB)**<br><br>**ORDER FOR FINAL JUDGMENT** |

Having reviewed the Parties' *Stipulation for Entry of Final Judgment*, and good cause appearing therefore,

[PROPOSED] ORDER FOR FINAL JUDGMENT
NO. CV03-5566 (FDB), Consolidated with NO. C 03-5720
(RBL) (FDB) - 1
41261-0008/LEGAL13074523.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Debbie Owen is granted a final judgment against Defendants Labor Ready, Inc., Labor Ready Northwest, Inc., Labor Ready Southwest, Inc., Labor Ready Central, Inc., Labor Ready Northeast, Inc., Labor Ready Southeast, Inc., Labor Ready Midwest, Inc., Labor Ready Mid-Atlantic, Inc., Labor Ready Mid-Atlantic III, L.P., Labor Ready Southeast III, L.P., and Labor Ready Central III, L.P. (collectively "Labor Ready") for $45,000.  The Court finds that this amount and the Settlement Agreement is a reasonable compromise of disputed issues and is a fair and reasonable resolution of a bona fide dispute over the Fair Labor Standards Act provisions.

DATED this 8th day of March 2007.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR FINAL JUDGMENT
NO. CV03-5566 (FDB), Consolidated with NO. C 03-5720
(RBL) (FDB) - 2
41261-0008/LEGAL13074523.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000